AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

JOHNNY WADE WILES,

           Plaintiff,

v.

KILOLO KIJAKAZI, Acting Commissioner of Social Security,

           Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV 622-044

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Court's December 16, 2022 Order granting the Acting Commissioner's motion to remand, the Commissioner's decision is reversed, and this action is remanded to the Acting Commissioner for further proceedings. This case stands closed.



| 12/16/2022 | John E. Triplett, Clerk of Court |
|---|---|
| Date | Clerk |
|  | (By) Deputy Clerk |

GAS Rev 10/2020